Troy D. Monge, Esq.
Law Offices of Martin Taller, APC
2300 E. Katella Ave, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for NATASHA RODRIQUEZ

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

NATASHA RODRIQUEZ,

      Plaintiff,

      v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

      Defendant.

) No. SACV16-1173-DFM
)
) **ORDER AWARDING EQUAL**
) **ACCESS TO JUSTICE ACT**
) **ATTORNEY FEES AND COSTS**
)
)
)
)
)
)

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of FIVE THOUSAND SEVEN HUNDRED FIFTY DOLLARS and NO CENTS ($5,750.00), and costs under 28 U.S.C. § 1920 in the amount of ZERO DOLLARS  ($0.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated: April 20, 2018

_____
THE HONORABLE DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE

1